FILED
JUN 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. URIEL HERNANDEZ, Defendant. | Criminal Case No. 08CR2004-W<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana (Felony) |

The United States Attorney charges:

On or about May 16, 2008, within the Southern District of California, defendant URIEL HERNANDEZ, did knowingly and intentionally import approximately 40.96 kilograms (90.11 pounds)(gross weight) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: June 17, 2008.

KAREN P. HEWITT
United States Attorney

JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:rp:San Diego
6/16/08